UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

        Plaintiff,

  v.

JOHN DOE,

        Defendant.

Case No. 23-cv-02558-TLT

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby **REFERRED** to the Honorable Judge Jacqueline Scott Corley for consideration of whether the case is related to *United States of America v. Galliani*, Case No. 3:22-cv-03365-JSC.

**IT IS SO ORDERED.**

Dated: July 25, 2023

TRINA L. THOMPSON
United States District Judge