UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAYMOND A. GALLIANI,<br><br>　　　　Defendant. | Case No. 22-cv-03365-JSC<br><br>**PRETRIAL ORDER NO. 2: AMENDED CASE SCHEDULE** |

As discussed at the further status conference on August 31, 2023, it is ORDERED:

1. Raymond Galliani is appointed the personal representative for the Estate of Sharon Galliani.

2. Each side shall have 30 interrogatories and 15 depositions.  If a party believes more are required, and no agreement can be reached following meet and confer efforts, the party may seek leave of the Court for additional interrogatories or depositions.

3. At the parties' request, the new case deadlines are as follows:

a. Fact Discovery Cutoff: **March 26, 2024**
b. Expert Witness Disclosures: **April 16, 2024**
c. Rebuttal Expert Witness Disclosures: **May 29, 2024**
d. Expert Discovery Cutoff: **July 3, 2024**
e. Deadline for Hearing of Dispositive Motions: **August 29, 2024**
f. Pretrial Conference: **October 17, 2024 at 2:00 p.m.**
g. Trial: **November 18, 2024**

**IT IS SO ORDERED.**

Dated: August 31, 2023

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JACQUELINE SCOTT CORLEY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge